STATE of Missouri, Respondent,

v.

Paul S. SCURLOCK, Appellant.

No. WD 70199.

Missouri Court of Appeals, Western District.

Feb. 9, 2010.

John H. Edmiston, Warrensburg, MO, for Appellant.

Thomas K. Hendrix, Jr., Warrensburg, MO, for Respondent.

Before: THOMAS H. NEWTON, C.J., LISA WHITE HARDWICK, and CYNTHIA L. MARTIN, JJ.

ORDER

PER CURIAM:

Mr. Paul S. Scurlock appeals from the trial court's judgment convicting him of driving while intoxicated, section 577.010, RSMo 2000. He challenges the sufficiency of the evidence. For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).